# EXHIBIT "A"

Case 2:05-cv-00984-MEF-SRW    Document 1-2    Filed 10/13/2005    Page 1 of 9

# SUMMONS

## - CIVIL -

IN THE ___CIRCUIT___ COURT OF ___BULLOCK___ COUNTY

Plaintiff: Omer Mckenzie, Jean Smith, Bryant Delbridge    v.    Defendant: James Dulaney

NOTICE TO: James Dulaney, 322 Tee Vee Road, Elloree, South Carolina 29047-8527

The Petition which is attached to this summons is important and you must take immediate action to protect your rights. You or your attorney are required to file the original of your written answer, either admitting or denying each allegation in the complaint with the clerk of this Court. A copy of your answer must be mailed or hand delivered by you or your attorney to the plaintiff or Plaintiff's Attorney: John W. Waters, Jr., Attorney at Law, whose address is: 214 North Prairie Street, Union Springs, AL 36089.

This Answer must be mailed or delivered within Thirty (30) days after this summons and Petition were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the complaint.

---

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

You are hereby commanded to serve this summons and a copy of the Petition in this action upon the defendant.
Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of Civil Procedure.

Date: 9/8/05                                    _____  By: ___
                                                Clerk/Register

Certified mail is hereby requested.

                                                _____
                                                Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

Return receipt of certified mail received in this office on _____
                                                             (Date)
I certify that I personally delivered a copy of the Summons and Petition to _____ in _____ County, Alabama on _____.
                                                                                          (Date)

Date _____                    Server's Signature _____

Address of Server _____       Type of Process Server _____

279 5405

334- 279 8866

1342718
1345505

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

OMER MCKENZIE, JEAN SMITH as the mother )
and as next friend of the minor children, )
SEYMONE ANDERSON, )
XAVIER HARRIS and )
BRYANT DELBRIDGE, )
) CASE NO. CV 2005-___
PLAINTIFFS, )
)
VS. )
)
JAMES DULANEY, )
)
DEFENDANT )

## COMPLAINT

COMES NOW, Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge by and through their attorney of record, John W. Waters, Jr., and files this Complaint and in support of said Complaint would show unto this Honorable Court the following:

1. Omer McKenzie is over the age of nineteen years and is a resident/citizen of Bullock County, Alabama.

2. Jean Smith is over the age of nineteen years and is the mother and the next friend of the minor child Seymone Anderson and both are residents/citizens of Bullock County, Alabama.

3. Jean Smith is over the age of nineteen years and is the mother and the next friend of the minor child Xavier Harris and both are residents/citizens of Bullock County, Alabama.

4. Bryant Delbridge is over the age of nineteen years and is a resident/citizen of Bullock County, Alabama.

5. James Dulaney is over the age of nineteen years and on information and belief is resident of 322 TeeVee Road, Elloree, South Carolina.

6. Xavier Harris is a minor, a resident/citizen of Bullock County, and is represented through his mother, Jean Smith.

7. Seymone Anderson is a minor, a resident/citizen of Bullock County, and is represented through her mother, Jean Smith.

## FACTS:

8. On or about April 17, 2005, Omer McKenzie was operating a 1998 Pontiac Grand Prix in the northbound lane of US Hwy 29 also known as known as Martin Luther King Boulevard, Alabama.

9. Omer McKenzie was headed northbound on said Hwy 29 in the proper lane and operating his vehicle within the required speed limit.

10. On or about April 17, 2005, James Dulaney was driving a 2001 Ford Windstar, east bound at the intersection of Chunnenuggee Avenue and Hwy 29 also known as Martin Luther King Boulevard.

11. On or about April 17, 2005, while eastbound at the intersection of Chunnenuggee Avenue and Martin Luther King Boulevard in the city of Union Springs, Alabama, James Dulaney failed to yield to on coming traffic and drove his 2001 Ford Windstar into and across the path of 1998 Pontiac Grand Prix being driven by Omer McKenzie.

12. By failing to yield to oncoming traffic and pulling the 2001 Ford Windstar into the path of the 1998 Pontiac Grand Prix being driven by Omer McKenzie, James Dulaney caused the two vehicles to collide into each other.

13. Bryant Delbridge was a passenger in the automobile being driven by Omer McKenzie and was seated in the right front passenger seat.

14. Xavier Harris, a minor was a passenger in the 1998 Pontiac Grand Prix being driven by Omer McKenzie and was seated in the rear of the automobile.

15. Seymone Anderson, a minor was a passenger in the 1998 Pontiac Grand Prix being driven by Omer McKenzie and was also seated in the rear of the automobile.

16. The above-described accident occurred in Bullock County, Alabama inside the city limits of Union Springs.

### Count I

17. James Dulaney owed a duty to all Plaintiffs, to operate his motor vehicle in a safe and prudent matter, not to endanger other motorist upon the roads and highways of the State of Alabama and the City streets of Union Springs, Alabama.

18. James Dulaney has breached his duty in that he operated his vehicle in a negligent manner by pulling it into and across oncoming traffic that was plainly visible and as such caused the two vehicles to collide into each other.

19. Because of the breach of duty owed by James Dulaney, all four of the Plaintiffs namely Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge have been injured and damaged.

20. All four Plaintiffs namely Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge have been made sick, lain, and sore, they have been caused to suffer bruises and contusions about their body, and they will be caused to suffer damages, injuries, and soreness into the future.

**WHEREFORE**, each of the named Plaintiffs, Omer McKenzie, Seymone Anderson by and through her mother and next friend Jean Smith, Xavier Harris by and through his next friend and mother, Jean Smith, and Bryant Delbridge have been injured and demand damages for said injuries, mental anguish, and punitive damages to punish this Defendant, James Delaney for his conduct and to prevent similar said conduct by others in the future.

### Count II
### Negligence Per Se

21. Plaintiffs hereby adopt Paragraphs 1-18 above as if set out fully herein.

22. Code of Alabama § 32-5A-112 states as follows:

   **§ 32-5A-112    Vehicle entering stop or yield intersection; collision as prima facie evidence of failure to yield.**

   (a) Preferential right of way at an intersection may be indicated by stop signs or yield signs as authorized in Section 32-5A-113.

   (b) Except when directed to proceed by a police officer every driver of a vehicle approaching a stop sign shall stop at a clearly marked stop line, but if none, before entering a crosswalk on the near side of the intersection or, if none, then at a point nearest the intersecting roadway where the driver has a view of approaching traffic on the intersecting roadway before entering it. After having stopped, the driver shall yield the right of way to any vehicle in the intersection or approaching on another roadway so closely as to constitute an immediate hazard during the time when such driver is moving across or within the intersection or junction of roadways.

23. Code of Alabama § 32-5A-112 was enacted to protect motorist driving upon the roads and streets of Alabama.

24. All the Plaintiffs are in the class of people the statue was enacted to protect.

25. Defendant has violated the statue and breached the duty owed to the Plaintiffs and has caused them injury and damage.

**WHEREFORE**, each of the named Plaintiffs, Omer McKenzie, Seymone Anderson by and through her mother and next friend Jean Smith, Xavier Harris by and through his next friend and mother, Jean Smith, and Bryant Delbridge have been injured and demand damages for said injuries, mental anguish, and punitive damages to punish this Defendant, James Delaney for his conduct and to prevent similar said conduct by others in the future.

### Count III
### Wantonness

26. Plaintiffs hereby adopts paragraphs 1 through 25 above as if fully set out herein.

27. James Dulaney with reckless disregard for the safety of other individuals operating his automobile on or about the streets and highways of the City of Union Springs, pulled onto and into the path of, Omer McKenzie, on Martin Luther King Boulevard without looking to see if the way was clear.

28. The Defendant, James Dulaney's act was wantonly, recklessly, and in total disregard for the safety of other drivers utilizing Martin Luther King Boulevard and Highway 29 in Union Springs, Alabama.

29. Because of the wantonness and reckless conduct of, James Dulaney, the Plaintiffs, Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge have been injured and they have been made sick, sore, and lame, they have suffered contusions and bruises about their body and suffered extreme emotional and mental anguish because of their injuries in the accident.

**WHEREFORE**, each of the named Plaintiffs, Omer McKenzie, Seymone Anderson by and through her mother and next friend Jean Smith, Xavier Harris by and through his next friend and mother, Jean Smith, and Bryant Delbridge have been injured and demand damages for said injuries, mental anguish, and punitive damages to punish this Defendant, James Delaney for his conduct and to prevent similar said conduct by others in the future.

_____  _____
Omer McKenzie              Jean Smith, mother of the minor
                           children, Xavier Harris and Seymone
                           Anderson

STATE OF ALABAMA

COUNTY OF BULLOCK

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that Omer McKenzie and Jean Smith whose names are signed to the foregoing conveyance and who is known to me acknowledged before me on this day that being informed of the contents of said conveyance they signed the same voluntarily on the day the same bears date.

    Given under my hand and seal this the __17__ day of __August__ 2005.

_____
Notary Public
Commission Expires: __2/4/08__

_____
John W. Waters, Jr. [WAT038]
Attorney for the Plaintiffs

Plaintiffs hereby demand Trial by struck Jury.

_____
John W. Waters, Jr. [WAT038]
Attorney for the Plaintiffs

OF COUNSEL:

John W. Waters, Jr., Esq.
Attorney at Law
214 North Prairie Street
Union Springs, AL 36089
(334) 738-5505

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Shaded Areas To Be Used By Data Processing Only  Sheet 1 of 1 Sheet(s)  Microfilm No. _____  Local Case No _____  Accident No _____

## LOCATION AND TIME
- Date: 04/17/2005
- Time: 11:25 PM
- Day of Week: S
- County: 69
- City: Union Springs
- On Street: MLK Blvd.
- At Intersection of: MLK Blvd.
- And: Chunnenugee
- Street Code: 5015
- Node 1: 5015
- Node 2: 5037
- Intersection Related: Node 1
- Control Access: Main Rd
- Prime Contr Circms: 21
- Prime Contr Unit No: 1
- First Harmful Event: 20
- Event Location: 1
- No. Vehicles: 2
- No. Injured: 1
- Unit 1 Type: 1

## UNIT 1 — DRIVER
- Driver Full Name: James Dulaney
- Street Address: 322 Tee Vee Rd.
- City and State: Elloree, South Carolina
- ZIP: 29047
- DOB: 08/27/1932
- Race: B, Sex: M, DL State: SC
- Driver License No: 7217919
- DL Class: D, DL Status: C
- Liability Insurance Co: Allstate
- Social Security No: 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
- Driver Condition: 1 - No Defect
- Sobriety: Alcohol: Unk, Drugs: Unk
- Type Test Given: No Test
- Maneuver: 01
- Travel Road Name: E. Conecuh
- Road Code: 5037
- Travel Direction: S
- Other Contr Circumstance: 21
- Prime Harm Event: 20
- Event Loc: 1

### VEHICLE
- Veh Year: 2001
- Make: Ford
- Model: Windstar
- Body: 4D
- VIN: 2FMZA51481BA74040
- Owner: James Dulaney
- Street: 322 Tee Vee Rd.
- City: Elloree
- State: SC, ZIP: 29047
- License Tag: 430788, State: SC, Year: 06
- Type: 4 - Van
- Usage: 1 - Personal
- Hazardous Cargo: None
- Attachment: None
- Contributing Defect: None
- Speed Limit: 25 MPH, Est. Speed: 5 MPH
- Damage Severity: 2 - Not Disabled
- Vehicle Towed Away: Yes
- Occupants in Unit: 1
- Total Injuries in Unit: 1
- Vehicle Towed By Whom: Jernigan Salvage
- To Where: 508 Chunnenugee
- Enter Point of Initial Impact: 2,3

## UNIT 2 — DRIVER/PEDESTRIAN
- Driver/Pedestrian Full Name: Omer McKenzie
- Street Address: 936 Hwy 239
- City and State: Union Springs, Al
- ZIP: 36089
- DOB: 03/24/1977
- Race: B, Sex: M, DL State: AL
- Driver License No: 7736731
- DL Class: D, DL Status: C
- Liability Insurance Co: Alfa
- Social Security No: 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
- Driver/Ped Condition: Fatigued
- Sobriety: Alcohol: No, Drugs: No
- Type Test Given: No Test
- Maneuver/Action: 01
- Travel Road Name: MLK Blvd.
- Road Code: 5015
- Travel Direction: N
- Other Contr Circumstance: 21
- Prime Harm Event: 20
- Event Loc: 1

### VEHICLE
- Veh Year: 1998
- Make: Pont
- Model: Grand Prix
- Body: 4D
- VIN: 1G2WJ52M3WF301313
- Owner: Jean Smith
- Street: 95 Smuteye Apt.
- City: Union Springs
- State: AL, ZIP: 36089
- License Tag: 9A69948, State: AL, Year: 05
- Type: 1 - Auto
- Usage: 1 - Personal
- Hazardous Cargo: None
- Attachment: None
- Contributing Defect: None
- Speed Limit: 35 MPH, Est. Speed: 35 MPH
- Damage Severity: Disabled
- Vehicle Towed By Whom: Jernigan Salvage
- To Where: Jernigan Salvage Yard
- Enter Point of Initial Impact: 1

## SEATING

Unit 1: 2, 24 (seat positions marked)
Unit 2: 2, 24 (seat positions marked)

Other Involved Unit (Circle One):
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ. of Non-Motorized Vehicle
- 15 - Victim of Other Circumstance/Codes Not Applicable

### CODES — SAFETY EQUIPMENT
- 01 - None Installed
- 95 - Not Applicable
- 99 - Unknown (Any Type)

Lap Belt Only
- 11 - Fastened
- 12 - Not Fastened

Lap/Shoulder Harness
- 21 - Lap Only Used
- 22 - Neither Used
- 23 - Shoulder Only Used
- 24 - Both Used

Motorcycle Helmet
- 31 - None Used
- 32 - Used

Air Bags
- 41 - Deployed, Belts Used
- 42 - Not Deployed, Belts Used
- 43 - Deployed, Belts Not Used
- 44 - Not Deployed, Belts Not Used

Child Restraints
- 81 - Child Restraint Used
- 82 - Other Restraint Used
- 83 - None Used

Pedal Cycle/Pedestrian
- 91 - Contrasting Clothing
- 92 - Non-contrasting Clothing

## VICTIMS — N/A

Injury Type:
- K - Killed
- B - Bruise/Abrasion/Swelling
- A - Visible or Carried from Scene
- C - Not Visible—Has Pain/Faint

Ejected:
- N - Not
- F - Fully
- P - Partially
- T - Trapped
- U - Unknown
- A - Not Applicable

First Aid By:
- A - Ambulance Attended
- D - Doctor
- M - Paramedic
- O - Other
- P - Police
- U - Unknown
- N - None

## NARRATIVE AND DIAGRAM

Officer's Opinion of What Happened: Unit 1 failed to yield the right of way and pulled in front of Unit 2, causing a collision.

## ROADWAY ENVIRONMENT

Unit 1, Unit 2 — Contributing Road Defects: None (X)
Surface Construction: Asphalt
Condition: Dry
Accident In or Related To Road Construction Zone?: No
Material in Roadway: None
Material Source: Not Applicable
Character: Straight—Level
Vision Obscured By: Not Obscured
Traffic Control: Police Officer
Traffic Control Functioning: Yes / N/A
Opposing Lanes Separated By: None
Trafficway Lanes: One Lane
One-Way Street: Yes / Yes

## INVESTIGATION

Light: Daylight
Weather: Clear
Locale: Residential
Non-Vehicular Property Damage: None Visible
Property Damage Description: N/A

Time Police Notified: 4:20 AM
Time Police Arrived: 4:23 AM
Time EMS Arrived: 4:25 AM

Name of Investigating Officer: Cpl. Nathan Williams
Officer ID: 18
Agency ORI: 0090102