IN THE CIRCUIT COURT FOR BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| OMER McKENZIE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: CV-05-101 |
| JAMES DULANEY, | ) ) 2:05CV984-F |
| Defendant. | ) ) |

TO:    WILBERT M. JERNIGAN, CLERK
       CIRCUIT COURT CLERK
       P O BOX 230
       UNION SPRINGS, ALABAMA 36089-0230

### NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that on the 12 day of October, 2005, the undersigned, as attorney for Defendant, James Dulaney, filed on behalf of the Defendant the attached Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division, to remove the above-entitled cause from the Circuit Court of Bullock County, Alabama (Civil Case No. CV-05-101) to said United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this 12 day of October, 2005.

_____
EDWARD C. HIXON (ASB 5964-H65E)
Attorney for Defendant, James Dulaney

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa St., Suite 101
Montgomery, AL 36104
(334) 262-8882 (P)
(334) 396-8880 (F)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing Notice of Removal has been served by placing a copy of the same in the U.S. mail, with proper postage prepaid, to:

John W. Waters, Jr., Esq.
**ATTORNEY AT LAW**
214 North Prairie Street
Union Springs, Alabama 36089

DATED this the /2 day of October, 2005.

*[signature]*
OF COUNSEL

F:\AUTOLINE\ALLSTATE\McKenzie\Plead\Notice of Filing Notice of Removal.wpd

2