IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

OMER McKENZIE, et al.          )
          )
    Plaintiff,          )
v.          )        CASE NO. 2:05cv984-F
          )
JAMES DULANEY          )
          )
    Defendant          )

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1),  this case is referred

to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders

or recommendations as may be appropriate.

DONE this 18th day of October, 2005.


          /s/ Mark E. Fuller
          CHIEF UNITED STATES DISTRICT JUDGE