

PLAINTIFF'S EXHIBIT

B1

# IN THE UNITES STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| OMER MCKENZIE, JEAN SMITH as the mother<br>and as next friend of the minor children,<br>SEYMONE ANDERSON,<br>XAVIER HARRIS and<br>BRYANT DELBRIDGE,<br><br>PLAINTIFFS,<br><br>VS.<br><br>JAMES DULANEY,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:05 CV 984-F<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF OMER MCKENZIE

Before me, the undersigned authority, A Notary Public, in and for the State and County aforesaid, personally came and appeared, **OMER MCKENZIE**, who is known to me and who, after being duly sworn, did depose, and say as follows:

1. My name is Omer McKenzie and I have personal knowledge of the facts stated herein.

2. I was involved in an accident, which is the subject of a lawsuit filed originally in the Circuit Court of Bullock County and that has now been removed to the United States District Court for the Middle District of Alabama.

3. I have spoken with my lawyer and I am aware of the limitations on damages in the State of Alabama as it relates to the injuries I received in the automobile accident made the subject of this lawsuit.

4. I live with Jean Smith, my girlfriend and her children, Seymone Anderson and Xavier Harris who were also with me in the automobile when the accident occurred.

5. A friend of mine Bryant Delbridge was also a passenger in the automobile at the time of the accident.

6. I am aware of my injuries, the injuries received by Seymone Anderson, Xavier Harris, and Bryant Delbridge. Based on that knowledge and the information provided by my attorney, I am aware that the damages in this matter in the total aggregate will not exceed $70,000.00.

7. I understand that, and I agree that I will not seek damages both compensatory and punitive when coupled with the other Plaintiff's in this matter to exceed $70,000.00.

8. I have recovered from my injuries and know of no future damages I might recover.

9. I have never intended to seek damages which would exceed $70,000.

10. I herewith affirm and agree to a remittance of any jury award which would exceed $70,000.

Further Affaint, sayeth not.

The above statements are true and correct to the best of my knowledge and belief.

_Omer D. McKenzie_
Omer McKenzie

**SWORN TO and SUBSCRIBED** before me this the _10_ day of _NOV_ , 20 _05_ .

_Rebecca L Hutcherson_
Notary Public
My commission expires: _2/9/08_