**PLAINTIFF'S EXHIBIT B2**

IN THE UNITES STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| OMER MCKENZIE, JEAN SMITH as the mother and as next friend of the minor children, SEYMONE ANDERSON, XAVIER HARRIS and BRYANT DELBRIDGE, <br><br>PLAINTIFFS, <br><br>VS. <br><br>JAMES DULANEY, <br><br>DEFENDANT. | ) ) ) ) ) ) ) CASE NO. 2:05CV 984-F ) ) ) ) ) ) ) |

## AFFIDAVIT OF BRYANT DELBRIDGE

Before me, the undersigned authority, A Notary Public, in and for the State and County aforesaid, personally came and appeared, **BRYANT DELBRIDGE**, who is known to me and who, after being duly sworn, did depose, and say as follows:

My name is Bryant Delbridge and I have personal knowledge of the facts stated herein:

1. I was a passenger in the automobile with Omer McKenzie when the accident made the subject of this lawsuit occurred.

2. I have spoken with my lawyer and based upon the injuries that I received and the current law in Alabama I am aware that the total aggregate damages for all Plaintiff's in this lawsuit will not exceed $70,000.00.

3. Based upon the injuries I received and conversations with my lawyer I am aware and agree that I will not seek compensatory and punitive damages when coupled with the damages of other defendants in this lawsuit that will exceed $70,000.00 in the aggregate.

4. I have recovered from my injuries and know of no future damages I might recover.

5. I have never intended to seek damages which would exceed $70,000.

6. I herewith affirm and agree to a remittance of any jury award which would exceed $70,000.

Further Affaint, sayeth not.

The above statements are true and correct to the best of my knowledge and belief.

*Bryant Delbridge*
Bryant Delbridge

**SWORN TO and SUBSCRIBED** before me this the __10__ day of __Nov.__, 20__05__.

*Rebecca L Finlayson*
Notary Public
My commission expires: __2/9/08__