PLAINTIFF'S EXHIBIT B3

# IN THE UNITES STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| OMER MCKENZIE, JEAN SMITH as the mother and as next friend of the minor children, SEYMONE ANDERSON, XAVIER HARRIS and BRYANT DELBRIDGE, <br><br> PLAINTIFFS, <br><br> VS. <br><br> JAMES DULANEY, <br><br> DEFENDANT. | ) ) ) ) ) ) ) CASE NO. 2:05 CV 984-F ) ) ) ) ) ) ) |

## AFFIDAVIT OF JEAN SMITH

Before me, the undersigned authority, A Notary Public, in and for the State and County aforesaid, personally came and appeared, **JEAN SMITH**, who is known to me and who, after being duly sworn, did depose, and say as follows:

My name is Jean Smith and as the mother and next friend of the minor children, Seymone Anderson and Xavier Harris, I have personal knowledge of the facts herein:

1. I am the mother of the minor Plaintiff's Seymone Anderson and Xavier Harris.

2. They were both passengers in the automobile with Omer McKenzie on the day of the accident occurred that is the subject of this complaint.

3. Both my children were injured in the accident.

4. I live with Omer McKenzie along with my two children. As such I am aware the injuries received by Omer McKenzie.

5. I am also friends with Bryant Delbridge who was also in the accident made the subject of this lawsuit. As such, I am also aware of Bryant's injuries.

6. Based upon my knowledge of the injuries received by my children, Omer McKenzie and Bryant Delbridge and my conversations with my attorney, John W. Waters, Jr. I have been informed and I am aware that the total aggregate for the injuries received by all Plaintiffs' will not exceed $70,000.00.

7. As the mother and next friend of the minors, Seymone Anderson and Xavier Harris, I agree that the compensatory and punitive damages allowable for my

children coupled with the damages of all other Plaintiffs will not exceed $70,000.00.

8. My children have recovered from their injuries and I know of no future damages I might recover.

9. I have never intended to seek damages, which would exceed $70,000.

10. I herewith affirm and agree to a remittance of any jury award, which would exceed $70,000.

Further Affaint, sayeth not.

The above statements are true and correct to the best of my knowledge and belief.

_____
Jean Smith, as mother and next friend of
Seymone Anderson and Xavier Harris

**SWORN TO and SUBSCRIBED** before me this the __10__ day of __November__, 20 __05__.

_____
Notary Public
My commission expires: __7/31/07__