IN THE UNITES STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| OMER MCKENZIE, JEAN SMITH, as the mother and as next friend of the minor children, SEYMONE ANDERSON, XAVIER HARRIS and BRYANT DELBRIDGE, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| PLAINTIFFS, | ) CASE NO. 2:05 CV 984-F |
| VS. | )<br>) |
| JAMES DULANEY, | )<br>) |
| DEFENDANT. | ) |

## MOTION FOR LEAVE TO AMEND

**COMES NOW**, the Plaintiffs in the above styled cause by and through their attorney of record, John W. Waters, Jr., and requests this Honorable Court for leave to Amend their Complaint filed herewith and in support of said Motion would show unto this Honorable Court the following:

1. The parties and facts recited in the original complaint are the same.

2. Plaintiffs have all reached full recovery and make no claims for any future damages.

3. Medical bills and missed time from work for all Plaintiffs in total is less than $8,000.00.

4. The Plaintiffs claims in this matter on all counts and for all Plaintiffs is less than $70,000.

5. By allowing the Plaintiffs to clarify their complaint as it relates to their damages would not prejudice the defendant in any way.

**WHEREFORE**, the above premises considered, Plaintiffs hereby requests this Honorable Court for leave to amend their Complaint in an effort to remove any claims for future damages and to establish their claim for actual damage and punitive damages in total to be an amount not to exceed $70,000.

                          Respectfully Submitted,

                          _____
                          John W. Waters, Jr. [WAT038]
                          Attorney for the Plaintiffs

OF COUNSEL:

John W. Waters, Jr., Esq.
Attorney at Law
214 North Prairie Street
Union Springs, AL  36089
(334) 738-5505

## CERTIFICATE OF SERVICE

      I do hereby certify that I have served a copy of the foregoing upon the following by placing the same in the United States Mail; postage prepaid and properly addressed on this the __14__ day of __November__, 2005.

**SLANTEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street Suite 101
Montgomery, AL 36104
(334) 262-8882
(334) 396-8880 (Fax)

                          _____
                          OF COUNSEL