# IN THE UNITES STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

OMER MCKENZIE, JEAN SMITH as the mother )
and as next friend of the minor children, )
SEYMONE ANDERSON, )
XAVIER HARRIS and )
BRYANT DELBRIDGE, )
)
PLAINTIFFS, ) CASE NO. 2:05 CV 984-F
)
VS. )
)
JAMES DULANEY, )
)
DEFENDANT. )

## FIRST AMENDED COMPLAINT

**COMES NOW,** Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge by and through their attorney of record, John W. Waters, Jr., and files this Amended Complaint and in support of said Complaint would show unto this Honorable Court the following:

1. Omer McKenzie is over the age of nineteen years and is a resident/citizen of Bullock County, Alabama.

2. Jean Smith is over the age of nineteen years and is the mother and the next friend of the minor child Seymone Anderson and both are residents/citizens of Bullock County, Alabama.

3. Jean Smith is over the age of nineteen years and is the mother and the next friend of the minor child Xavier Harris and both are residents/citizens of Bullock County, Alabama.

4. Bryant Delbridge is over the age of nineteen years and is a resident/citizen of Bullock County, Alabama.

5. James Dulaney is over the age of nineteen years and on information and belief is resident of 322 TeeVee Road, Elloree, South Carolina.

6. Xavier Harris is a minor, a resident/citizen of Bullock County, and is represented through his mother, Jean Smith.

7. Seymone Anderson is a minor, a resident/citizen of Bullock County, and is represented through her mother, Jean Smith.

## FACTS:

8. On or about April 17, 2005, Omer McKenzie was operating a 1998 Pontiac Grand Prix in the northbound lane of US Hwy 29 also known as Martin Luther King Boulevard, Alabama.

9. Omer McKenzie was headed northbound on said Hwy 29 in the proper lane and operating his vehicle within the required speed limit.

10. On or about April 17, 2005, James Dulaney was driving a 2001 Ford Windstar, east bound at the intersection of Chunnenuggee Avenue and Hwy 29 also known as Martin Luther King Boulevard.

11. On or about April 17, 2005, while eastbound at the intersection of Chunnenuggee Avenue and Martin Luther King Boulevard in the city of Union Springs, Alabama, James Dulaney failed to yield to on coming traffic and drove his 2001 Ford Windstar into and across the path of 1998 Pontiac Grand Prix being driven by Omer McKenzie.

12. By failing to yield to oncoming traffic and pulling the 2001 Ford Windstar into the path of the 1998 Pontiac Grand Prix being driven by Omer McKenzie, James Dulaney caused the two vehicles to collide into each other.

13. Bryant Delbridge was a passenger in the automobile being driven by Omer McKenzie and was seated in the right front passenger seat.

14. Xavier Harris, a minor was a passenger in the 1998 Pontiac Grand Prix being driven by Omer McKenzie and was seated in the rear of the automobile.

15. Seymone Anderson, a minor was a passenger in the 1998 Pontiac Grand Prix being driven by Omer McKenzie and was also seated in the rear of the automobile.

16. The above-described accident occurred in Bullock County, Alabama inside the city limits of Union Springs.

### Count I

17. James Dulaney owed a duty to all Plaintiffs, to operate his motor vehicle in a safe and prudent matter, not to endanger other motorist upon the roads and highways of the State of Alabama and the City streets of Union Springs, Alabama.

18. James Dulaney has breached his duty in that he operated his vehicle in a negligent manner by pulling it into and across oncoming traffic that was plainly visible and as such caused the two vehicles to collide into each other.

19. Because of the breach of duty owed by James Dulaney, all four of the Plaintiffs namely Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge have been injured and damaged.

20. All four Plaintiffs namely Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge have been made sick, lain, and sore, they have been caused to suffer bruises and contusions about their body, and have missed time from work.

**Count II**
**Negligence Per Se**

21. Plaintiffs hereby adopt Paragraphs 1-18 above as if set out fully herein.

22. Code of Alabama § 32-5A-112 states as follows:

    **§ 32-5A-112    Vehicle entering stop or yield intersection; collision as prima facie evidence of failure to yield.**

    (a) Preferential right of way at an intersection may be indicated by stop signs or yield signs as authorized in Section 32-5A-113.

    (b) Except when directed to proceed by a police officer every driver of a vehicle approaching a stop sign shall stop at a clearly marked stop line, but if none, before entering a crosswalk on the near side of the intersection or, if none, then at a point nearest the intersecting roadway where the driver has a view of approaching traffic on the intersecting roadway before entering it. After having stopped, the driver shall yield the right of way to any vehicle in the intersection or approaching on another roadway so closely as to constitute an immediate hazard during the time when such driver is moving across or within the intersection or junction of roadways.

23. Code of Alabama § 32-5A-112 was enacted to protect motorist driving upon the roads and streets of Alabama.

24. All the Plaintiffs are in the class of people the statue was enacted to protect.

3

25. Defendant has violated the statue and breached the duty owed to the Plaintiffs and has caused them injury and damage.

### Count III
### Wantonness

26. Plaintiffs hereby adopts paragraphs 1 through 25 above as if fully set out herein.

27. James Dulaney with reckless disregard for the safety of other individuals operating his automobile on or about the streets and highways of the City of Union Springs, pulled onto and into the path of, Omer McKenzie, on Martin Luther King Boulevard without looking to see if the way was clear.

28. The Defendant, James Dulaney's act was wantonly, recklessly, and in total disregard for the safety of other drivers utilizing Martin Luther King Boulevard and Highway 29 in Union Springs, Alabama.

29. Because of the wantonness and reckless conduct of, James Dulaney, the Plaintiffs, Omer McKenzie, Seymone Anderson, Xavier Harris, and Bryant Delbridge have been injured and they have been made sick, sore, and lame, they have suffered contusions and bruises about their body and suffered extreme emotional and mental anguish because of their injuries in the accident.

**WHEREFORE**, Plaintiffs Omer McKenzie, Jean Smith, Seymone Anderson, Xavier Harris and Bryant Delbridge demand judgment for compensatory and punitive damages in an aggregate amount not to exceed 70,000.00 on all counts.

/s/ John W. Waters, Jr.
John W. Waters, Jr. [WAT038]
Attorney for the Plaintiffs

Plaintiffs hereby demand Trial by struck Jury.

/s/ John W. Waters, Jr.
John W. Waters, Jr. [WAT038]
Attorney for the Plaintiffs

OF COUNSEL:

John W. Waters, Jr., Esq.

Attorney at Law
214 North Prairie Street
Union Springs, AL 36089
(334) 738-5505

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the following by placing the same in the United States Mail, postage prepaid and properly address on this the _14_ day of _November_, 2005.

**SLANTEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street Suite 101
Montgomery, AL 36104
(334) 262-8882
(334) 396-8880 (Fax)

_John W. Waters_
OF COUNSEL