IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMER MCKENZIE, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV984-F |
| | ) |
| JAMES DULANEY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action is presently before the court on plaintiff's motion to remand filed on November 10, 2005 (Doc. # 5) and motion to amend complaint filed on November 14, 2005 (Doc. # 7). Upon consideration of the motions, it is

ORDERED that defendant may respond to the motions on or before November 28, 2005.

DONE, this 15th day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE