IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OMER McKENZIE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | |
| JAMES DULANEY, | ) | 2:05-CV-984-F |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND

**COMES NOW** the Defendant, James Dulaney, by and through counsel of record, and would hereby state that he does not object to the Plaintiff's Motion to Remand based upon the Plaintiff's sworn affidavits indicating they will not seek in excess of Seventy Thousand and No/100 Dollars ($70,000.00) in the aggregate.

Respectfully submitted this 22 day of November, 2005.

_____
EDWARD C. HIXON (ASB 5964-H65E)
Attorney for Defendant, James Dulaney

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa St., Suite 101
Montgomery, AL 36104
(334) 262-8882 (P)
(334) 396-8880 (F)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Response** has been served by placing a copy of the same in the U.S. mail, with proper postage prepaid, to:

John W. Waters, Jr., Esq.
**ATTORNEY AT LAW**
214 North Prairie Street
Union Springs, Alabama 36089

DATED this the 22 day of November, 2005.

*Edward C. Hixon*
OF COUNSEL

F:\AUTOLINE\ALLSTATE\McKenzie\Plead\Rsp to Pl's Mtn to Remand.wpd

2