**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Bullock County Circuit Court
    217 North Prairie Street
    Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Wilbert Jernigan*   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

2:05CV984
order #10

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7004 1160 0003 5812 1924

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540